# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case Number: 1:18-cr-00252-TWP-MJD |
| ) | |
| DAYONTA MCCLINTON,  ) | |
| ) | |
| Defendant.  ) | |

### DEFENDANT DAYONTA MCCLINTON'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO EXCLUDE ALIBI WITNESSES

Defendant Dayonta McClinton, by counsel, Terrance Kinnard, for his Response in Opposition to Government's Motion to Exclude Alibi Witnesses, respectfully states the following:

1. This matter is currently scheduled for a final pretrial conference and jury trial to be held August 16, 2019, at 10:30 a.m. and September 9, 2019, at 9:00 a.m. respectively.

2. This Honorable Court on August 23, 2018 entered an Order Setting Final Pretrial and Pretrial Filing Deadlines ("Pretrial Order") (Filing No. 73) which established, *inter alia*, deadlines for filing defenses under Fed. R. Crim. P. 12.1, 12.2 or 12.3. Filing No. 73, p. 2.

3. The Pretrial Order established said deadline as "[t]wo weeks prior to the final pretrial conference." *Id*.

4. The Pretrial Order further sets forth the following: "If a motion to continue is filed prior to the first pretrial filing deadline, then the deadlines will be continued in conjunction with the continuance of the final pretrial and trial dates." Filing No. 73, p. 1.

5. This Court, on its own motion, continued the final pretrial conference in this matter to August 16, 2019, at 10:30 a.m. Filing No. 98.

6. Pursuant to this Court's Pretrial Order, said defenses along with other filings are not due until August 2, 2019.

7. The Government has not sought to modify the deadlines established under the Pretrial Order. Indeed, the Government itself appears to be relying upon this same Pretrial Order as it has not yet made the filings required of the Government (which are also not yet due).

8. Moreover, the Government acknowledged the Court's Pretrial Order deadlines – as they pertain to the Government – in its Motion to Continue Pretrial Deadline (to which the Defendant does not object, incidentally): "The Court's Pre-Trial Order of August 23, 2018 (Dkt. 73) orders the parties to file Motion in Limine by August 2, 2019 (two weeks prior to the final pretrial). Filing No. 102, paragraph 2.

9. Nonetheless, the Government on July 31, 2019 filed its Motion to Exclude Alibi Witnesses ("Motion to Exclude"). Filing No. 99.

10. The Government in its Motion to Exclude seeks to prevent *any* alibi witness from testifying on behalf of the Defendant because this information was not provided to the Government's satisfaction within fourteen (14) days of its request.

11. Fed. R. Crim. P. 12.1 requires the Defendant to notify the Government of certain information pertaining to alibi witnesses "[w]ithin 14 days of the request, ***or at some other time the court sets***. . . ." Fed. R. Crim. P. 12.1(2) (emphasis supplied).

12. The "other time" this Court set is August 2, 2019.

13. Right or wrong, there are members of the community who are reluctant to come forward as witnesses and perhaps even more who are distrustful of federal agents showing up at their doorsteps unannounced.

14. While undersigned counsel is working diligently to pin down the required information, he does not have the vast international resources of the federal government.

- 3 -

15. The exclusion of such witnesses would be a detrimental violation of the Defendant's constitutionally protected rights.

16. Undersigned counsel has provided substantial information about one (1) potential witness and will be filing a separate motion seeking one (1) additional week to provide the remaining information pertaining to these alibi witnesses.

17. Undersigned counsel and his staff have been working tirelessly since his appearance in this matter to locate the witnesses. Indeed the actions by the FBI in making an unannounced visit to a potential witness' home may have further frustrated counsel's ability to obtain the cooperation of these witnesses. Undersigned counsel had no opportunity to inform this individual that such a visit would happen.

WHEREFORE, the Defendant requests the Court DENY in its entirety the Government's Motion to Exclude Alibi Witnesses.

Date:  August 1, 2019          .                    **/s/  Terrance Kinnard             .**
                                                    Terrance Kinnard, #22224-49
                                                    Kinnard & Scott
                                                    320 North Meridian Street, Ste. 406
                                                    Indianapolis, IN 46204
                                                    Telephone: 317-855-6282
                                                    Facsimile: 317-588-1519
                                                    E-Mail: tkinnard@kinnardlaw.net

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 1st day of August, 2019, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's CM/ECF system:

Bradley A. Blackington bradley.blackington@usdoj.gov, CaseView.ECF@usdoj.gov, Christina.Weaver@usdoj.gov, USAINS.ECF-AF@usdoj.gov, kristen.greenwood@usdoj.gov

Michelle Patricia Brady michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, USAINS.ECF-AF@usdoj.gov, christina.weaver@usdoj.gov, kristen.greenwood@usdoj.gov, usains.ecf-criminal@usdoj.gov

Terrance Lamont Kinnard tkinnard@kinnardlaw.net, jcooper@kinnardlaw.net, tkinnard34@yahoo.com, ukinnard@kinnardlaw.net

Peter A. Blackett peter.blackett@usdoj.gov, CCapobianco@usa.doj.gov, CaseView.ECF@usdoj.gov, cherelle.capobianco@usdoj.gov, kristen.greenwood@usdoj.gov, melissa.urquhart@usdoj.gov, usains.ecf-af@usdoj.gov, usains.ecf-criminal@usdoj.gov

              **/s/ Terrance Kinnard   .**
              Terrance Kinnard, #22224-49
              Kinnard & Scott