# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 1:18-cr-00252-TWP-MJD |
| ) | |
| DAYONTA MCCLINTON, ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT DAYONTA MCCLINTON'S MOTION *IN LIMINE***

Defendant Dayonta McClinton, by counsel, Terrance Kinnard, pursuant to this Court's Courtroom Practice and Trial Procedures, moves this Court to exclude the following testimony at trial.

### I. Uncharged and Unrelated Alleged Juvenile Delinquency or Criminal Conduct of the Defendant

Defendant McClinton has reason to believe and does believe that the Government intends to offer the following evidence at the trial in this cause: Testimony or documents referencing Defendant McClinton's alleged involvement in uncharged pharmacy robberies and other incidents of violence.

Rule 404(b) of the Federal Rules of Evidence prohibits the admission of evidence of a crime, wrong, or other act to show that on a particular occasion the person acted in accordance with a particular character trait. Further, admission of such evidence of an otherwise proper purpose must be preceded by adequate notice to the defendant.

Defendant McClinton submits that these prejudicial statements of any cooperating individuals should be excluded from introduction at trial because they have no purpose other than to show that Defendant McClinton is of bad character or alleged specific criminal activity with which he is not currently charged.

## II. Excessive, Redundant, or Unnecessary use of Graphic Photographs; request for *in camera* review

Defendant McClinton has reason to believe and does believe that the Government intends to offer the following evidence at the trial in this cause: excessive graphic photographic evidence of the crime scene and postmortem examination.

Rule 403 of the Federal Rules of Evidence provides that "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Although the Defendant agrees that a select number of such photographic evidence is part and parcel of the Government's case-in-chief, the display of particularly gruesome or graphic photographs would add nothing to the Government's case. Indeed, the display to the jurors or the admission of excessively gruesome photographs will be inflammatory and jeopardize Defendant's right to a fair trial because of the significant risk that the jury will base their decision on emotional grounds which play no valid part in a criminal prosecution.

The Defendant requests the Court review the Government's proposed photographic evidence to determine if any should be excluded due to the danger of unfair prejudice to the Defendant.

Date: <u>August 2, 2019</u>  .                           **/s/  Terrance Kinnard                    .**
                                                         Terrance Kinnard, #22224-49
                                                         Kinnard & Scott
                                                         320 North Meridian Street, Ste. 406
                                                         Indianapolis, IN 46204
                                                         Telephone: 317-855-6282
                                                         Facsimile: 317-588-1519
                                                         E-Mail: tkinnard@kinnardlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 2st day of August, 2019, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's CM/ECF system:

Bradley A. Blackington    bradley.blackington@usdoj.gov, CaseView.ECF@usdoj.gov, Christina.Weaver@usdoj.gov, USAINS.ECF-AF@usdoj.gov, kristen.greenwood@usdoj.gov

Michelle Patricia Brady    michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, USAINS.ECF-AF@usdoj.gov, christina.weaver@usdoj.gov, kristen.greenwood@usdoj.gov, usains.ecf-criminal@usdoj.gov

Terrance Lamont Kinnard    tkinnard@kinnardlaw.net, jcooper@kinnardlaw.net, tkinnard34@yahoo.com, ukinnard@kinnardlaw.net

Peter A. Blackett    peter.blackett@usdoj.gov, CCapobianco@usa.doj.gov, CaseView.ECF@usdoj.gov, cherelle.capobianco@usdoj.gov, kristen.greenwood@usdoj.gov, melissa.urquhart@usdoj.gov, usains.ecf-af@usdoj.gov, usains.ecf-criminal@usdoj.gov

/s/ Terrance Kinnard            .
Terrance Kinnard, #22224-49
Kinnard & Scott