# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 1:18-cr-00252-TWP-MJD |
| ) | |
| DAYONTA MCCLINTON, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRELIMINARY HEARING *EX PARTE* AND OUTSIDE THE PRESENCE OF THE JURY

Attorney Terrance Kinnard, counsel of record for Defendant Dayonta McClinton, for his Motion for Preliminary Hearing *ex parte* and Outside the Presence of the Jury, respectfully states the following:

1. Attorney Terrance Kinnard ("Kinnard) entered his appearance in this matter on April 15, 2019.

2. This Court previously held in a hearing with all counsel and the Defendant present at which time undersigned counsel was directed to remain as counsel for the Defendant and to continue preparing for trial.

3. In addition to the considerable preparation completed prior to said hearing, undersigned counsel obeyed this Court's directive and engaged in considerable further preparation for trial in this matter.

4. Indeed, finalizing preparation for trial was detoured to some extent by undersigned counsel's need to procure court clothing for the Defendant, which was accomplished and delivered to the USMS as directed.

5. Preparation was further interrupted by the need for undersigned counsel to respond to the numerous unfounded allegations made in *ex parte* correspondence to the Court.

6. Those *ex parte* filings have misconstrued attorney-client privileged communications in an attempt to mislead the Court and to disparage undersigned counsel.

7. Undersigned counsel does not find it appropriate to reveal in this public filing the substantial steps he has taken to prepare the defense in this matter. Furthermore, such a filing would even further detract from the final preparations being made by undersigned counsel and his staff in order to be ready for Monday's trial.

8. However, undersigned counsel firmly believes that a hearing is required, on the record and with the Defendant present, for the purpose of addressing the subject matter of the communications received by this Court on September 5, 2019 and September 6, 2019.

9. As such, undersigned counsel requests the Court schedule a brief hearing to be held on September 9, 2019 prior to initiating trial proceedings in this matter.

WHEREFORE, Attorney Terrance Kinnard requests the Court schedule a brief hearing for the purpose of further addressing the Defendant's concerns. Attorney Kinnard believes it would be appropriate to seal such a hearing from the public and to exclude the Government for the limited purpose of discussing undersigned counsel's efforts in preparing a defense.

Date:    September 6, 2019    .    **/s/  Terrance Kinnard            .**
Terrance Kinnard, #22224-49
Kinnard & Scott
320 North Meridian Street, Ste. 406
Indianapolis, IN 46204
Telephone: 317-855-6282
Facsimile: 317-588-1519
E-Mail: tkinnard@kinnardlaw.net

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of September, 2019, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's CM/ECF system:

Bradley A. Blackington  bradley.blackington@usdoj.gov, CaseView.ECF@usdoj.gov, Christina.Weaver@usdoj.gov, USAINS.ECF-AF@usdoj.gov, kristen.greenwood@usdoj.gov

Michelle Patricia Brady  michelle.brady@usdoj.gov, CaseView.ECF@usdoj.gov, USAINS.ECF-AF@usdoj.gov, christina.weaver@usdoj.gov, kristen.greenwood@usdoj.gov, usains.ecf-criminal@usdoj.gov

Peter A. Blackett  peter.blackett@usdoj.gov, CCapobianco@usa.doj.gov, CaseView.ECF@usdoj.gov, cherelle.capobianco@usdoj.gov, kristen.greenwood@usdoj.gov, melissa.urquhart@usdoj.gov, usains.ecf-af@usdoj.gov, usains.ecf-criminal@usdoj.gov

                **/s/ Terrance Kinnard   .**
                Terrance Kinnard, #22224-49
                Kinnard & Scott