UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) 1:18-cr-00252-TWP-MJD |
| | ) |
| v. | ) |
| | ) |
| DAYONTA MCCLINTON | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

Comes now Joshua Moudy, appointed counsel for the Defendant, and respectfully submits his Motion to Withdraw as Appointed Counsel. In support thereof, Counsel states as follows:

1. Counsel entered his appearance in the role of CJA Attorney on November 25, 2019.

2. Defendant has hired private counsel, Jeffrey Baldwin, to represent him further in this matter.

3. Mr. Baldwin entered his appearance on or about June 8, 2020.

4. Counsel would ask to be withdrawn as counsel of record at this time.

5. This motion is made for purposes of judicial economy and not undue delay.

Wherefore, Joshua Moudy, appointed counsel for Defendant, respectfully requests that his appearance in this matter be withdrawn.

Respectfully submitted,

*/s/ Joshua S. Moudy*
Joshua S. Moudy, Atty # 26513-49
Kammen & Moudy
135 N. Pennsylvania St., Ste. 1175
Indianapolis, IN 46204
317.236.0400
317.638.7976 (f)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, a true copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joshua S. Moudy*
Joshua Moudy
Attorney for Defendant